

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Jimmie Leon Sturdivant,

Vs. No. 11-16-00172-CR

The State of Texas,

* From the 350th District Court
  of Taylor County
  Trial Court No. 11523-D.

* June 21, 2018

* Memorandum Opinion by Bailey, J.
  (Panel consists of: Willson, J.,
  Bailey, J., and Wright, S.C.J.,
  sitting by assignment)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.